IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUILLERMO CHAVEZ,

    Plaintiff,                    No.  2:11-cv-1015 WBS CKD P

    vs.

GRANADOZ,

    Defendant..              <u>ORDER</u>

                                /

On April 23, 2013, defendant's motion to dismiss based on non-exhaustion of administrative remedies was denied. Pursuant to the discovery and scheduling order entered April 27, 2012, the period for discovery in this case has closed and all pretrial motions were due November 12, 2012. Sua sponte, the court will grant an extension of time for dispositive motions from either party. Accordingly, IT IS HEREBY ORDERED that the deadline for dispositive motions in this case is extended to May 30, 2013.

Dated: May 2, 2013

                                         _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE

8
chav1015.dispmot

1