1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GUILLERMO CHAVEZ,                    No. 2:11-cv-1015 WBS CKD P

12          Plaintiff,

13      v.                               ORDER

14  GRANADOZ,

15          Defendant.

16

17   Plaintiff has filed a motion for leave to file an amended complaint so that he may

18  substitute the name M. Barnett for John Doe 1. Defendant Granadoz does not object. Good

19  cause appearing, IT IS HEREBY ORDERED that:

20   1. Plaintiff's motion for leave to file an amended complaint (ECF NO. 43) is granted.

21  Within 30 days, plaintiff may amend his original complaint by substituting the name M. Barnett

22  for John Doe 1. Plaintiff's failure to file an amended complaint will result in dismissal of this

23  action. After plaintiff's amended complaint is filed, the court will screen it pursuant to 28 U.S.C.

24  § 1915A(a). The amended complaint must bear the docket number assigned this case and must be

25  labeled "Amended Complaint."[1]

---

[1] Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in

1

      2. Plaintiff's original complaint is dismissed.

      3. All discovery deadlines concerning plaintiff's claims against defendant Granadoz remain in effect. Plaintiff will be permitted time to conduct discovery with respect to any claims against defendant Barnett which survive the screening process.

Dated: September 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
chav1015.mta

---

the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.