IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUILLERMO CHAVEZ,** | Case No. 2:11-cv-1015 WBS CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **GRANDOZ, et al.,** | |
| Defendant. | |

Good cause appearing, Defendants' motion to modify the scheduling order is GRANTED. The dispositive motion deadline shall be moved to February 2, 2015.

Dated:  December 22, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1