1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GUILLERMO CHAVEZ,                        No.  2:11-cv-1015 WBS CKD P

12                  Plaintiff,

13           v.                                FINDINGS AND RECOMMENDATIONS

14    GRANADOZ, et al.,

15                  Defendants.

16

17           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.   On February 2, 2015, defendants filed a motion for summary judgment.  Plaintiff

19    was granted five extensions of time to file an opposition or a statement of non-opposition to the

20    motion, and was repeatedly informed that failure to do so would result in a recommendation that

21    this action be dismissed pursuant to Fed. R. Civ. P. 41(b).  (ECF Nos. 70, 72, 73, 75, and 77.) The

22    time for filing an opposition or statement of non-opposition has expired.

23           For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be

24    dismissed pursuant to Federal Rule of Civil Procedure 41(b).

25           These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, any party may file written

28    objections with the court and serve a copy on all parties.  Such a document should be captioned

1    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

2    objections shall be filed and served within fourteen days after service of the objections.  The

3    parties are advised that failure to file objections within the specified time may waive the right to

4    appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5    Dated:  August 25, 2015

6                                       CAROLYN K. DELANEY

7                                       UNITED STATES MAGISTRATE JUDGE

8

9

10   1

11   chav1015.frs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2