UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CHAVEZ, | No. 2:11-cv-1015 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| GRANADOZ, et al., | |
| Defendants. | |

Plaintiff has filed his opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's August 25, 2015 findings and recommendations (ECF No.78) are vacated; and

2. Defendants may file a reply brief concerning their motion for summary judgment within 14 days.

Dated: September 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
chav1015.vfrs