NITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANADOZ, et al.,<br><br>    Defendants. | No.  2:11-cv-1015 WBS CKD P<br><br><br>ORDER |

On May 13, 2016, plaintiff was ordered to inform the court within 21 days whether he wishes to withdraw his April 13, 2016 request for dismissal.  Plaintiff was informed that if he chooses not to withdraw this request, his remaining Eighth Amendment claim against defendant Granadoz will be dismissed without prejudice.  Plaintiff has not responded to the court's May 13, 2016 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 13, 2016 request for dismissal is granted;

2. Plaintiff's remaining Eighth Amendment claim against defendant Granadoz is dismissed without prejudice; and

3. This case is closed.

Dated:  June 21, 2016

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1