UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUILLERMO CHAVEZ,

    Plaintiff,

  v.

GRANADOZ, et al.,

    Defendants.

No. 2:11-cv-1015 WBS CKD P

ORDER

    Plaintiff's request for an extension of time to file a notice of appeal regarding the court's December 6, 2016 denial of plaintiff's motion to vacate judgment under Federal Rule of Civil Procedure 60(b) is hereby GRANTED.

Dated: February 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1